1002

[Nos. 12547–1–II; 12568–4–II. Division Two. November 7, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. CHRISTOPHER
A. WEBB, *Appellant.*

Appeals from judgments of the Superior Court for Pierce
County, Nos. 88–1–02101–7, 88–1–02387–7, Nile E. Aubrey,
J., entered December 29 and 21, 1988. *Reversed* by unpub-
lished opinion per Worswick, J., concurred in by Alexander,
C.J., and Petrich, J.

[No. 9601–7–III. Division Three. November 7, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. LUIS
AVALOS TOLEDO, *Appellant.*

Appeal from a judgment of the Superior Court for Che-
lan County, No. 88–1–00122–8, Fred Van Sickle, J., entered
October 3, 1988. *Affirmed* by unpublished opinion per
Thompson, C.J., concurred in by Green and Munson, JJ.

[No. 9684–0–III. Division Three. November 7, 1989.]

ANN WALLIS, *Appellant,* v. KENNETH E. BATTERSON,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for
Yakima County, No. 87–2–01847–3, Jo Anne Alumbaugh,
J., entered November 18, 1988. *Affirmed* by unpublished
opinion per Munson, J., concurred in by Thompson, C.J.,
and Shields, J.